# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| All Pro Truck and Trailer Repair, LLC, | |
| Plaintiff, | **ORDER** |
| vs. | |
| Western National Mutual Insurance Company, | Case No. 1:16-cv-034 |
| Defendant. | |

Before the court is a "Stipulation for Dismissal, with Prejudice" filed by the parties on January 19, 2017. The court **ADOPTS** the parties' stipulation (Docket No. 16) and dismisses the above-entitled action with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated this 24th day of January, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court